AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

JUDGMENT IN A CIVIL CASE

JONATHON M. MARK,

      Petitioner,

    V.                              CASE NUMBER: **08-C-4**

**JUDY SMITH, Warden,**
**Oshkosh Correctional Institution,**
**BARB KODE-BROWN,**
**ERIC GROSS,**
**MARK STRAND,**
**MYLAN FINK,**
**GARY PUCKER,**
**DAVID H. SCHWARTZ,**
**EURIAL JORDAN,**
**RICHARD F. RACMISCH,**
**MATTHEW J. FRANK,**

      Respondents.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Jonathon M. Mark's petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED.**

   **February 12, 2008**                              **JON W. SANFILIPPO**
Date                                                Clerk

                                                      s/ Linda M. Zik
                                                      (By) Deputy Clerk